In the Matter of the Claim of GEORGE WESOTSKY, Appellant, against STORCH TRUCKING Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeal by claimant from a decision of the Workmen's Compensation Board to the effect that it lacked jurisdiction to make an award of compensation. The board found that claimant's employment was at a fixed location in the State of New Jersey, and that his work in the State of New York at the time of the accident was temporary and transitory in character. Also that he accepted payments directed in an award made by the Workmen's Compensation Board of the State of New Jersey. Decision unanimously affirmed, without costs. Present — Hill, P. J., Heffernan, Brewster, Foster and Deyo, JJ.

In the Matter of the Claim of ALBERT FINK, Respondent, against TOWN OF ISLIP et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeal from a decision and award made by the Workmen's Compensation Board, dated February 3, 1947. The sole reason advanced by the carrier for reversal of this award is its contention that the claimant at some earlier date had settled his claim with the third party involved, without the consent of the carrier. Tangible evidence of this settlement was not presented and the board denied the application for review. Award unanimously affirmed, with costs to the Workmen's Compensation Board. Present — Hill, P. J., Heffernan, Brewster, Foster and Deyo, JJ.

In the Matter of the Claim of ANTHONY LUNETTA, Respondent, against HOTEL SAMUELS OPERATING CORPORATION et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Award for accidental injuries. No question is raised as to the accident or causal relation. The appellants complain as to the weekly wage which included tips of $20. The testimony sustains the decision made by the board. Award unanimously affirmed, with costs to the Workmen's Compensation Board. Present — Hill, P. J., Heffernan, Brewster, Foster and Deyo, JJ.

In the Matter of the Claim of STEPHEN ZACKAROV, Respondent, against LONG ISLAND SCHOOL SUPPLY Co. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— This is an appeal by an employer and its insurance carrier from an award of compensation in claimant's favor. The board found that on August 2, 1943, while the employee was engaged in the regular course of his employment and while working for his employer and while repairing a desk, the top fell on his right foot which caused the claimant to strike his head on a desk and that as a result he sustained accidental injuries from which he became totally disabled. The appellants challenge the award on the sole issue of causal relation. The evidence sustains the finding of the board. Award unanimously affirmed, with costs to the Workmen's Compensation Board. Present — Hill, P. J., Heffernan, Brewster, Foster and Russell, JJ.